UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JENNIFER NICOLE ZOGHBI,
ET AL.

VERSUS

GLOBAL INDUSTRIES, INC.
OF N.J., ET AL.

CIVIL ACTION

NO. 13-409-SDD-EWD

RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Erin Wilder-Doomes dated June 30, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Joint Motion to Remand*[1] shall be granted.

Baton Rouge, Louisiana, August 4th, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 70.